Charles H. Smith 87090-022
Federal Correctional Institution
3600 Guard Road
Lompoc CA 93436

HONORABLE JUDGE HELEN GILLMOR
C-435 U.S. COURTHOUSE
300 ALA MOANA BLVD
HONOLULU HI 96850-0435

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 12 2008

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br>             Plaintiff, ) <br>                    ) <br>       vs.             ) <br>                    ) <br> CHARLES HOPE SMITH,      ) <br>             Defendant. ) | Case No.: CR 05-00088HG <br><br> APPOINTMENT OF COUNSEL, <br> PURSUANT TO 18 U.S.C. <br> §3582(C)(2) RETROACTIVITY <br> OF THE SENTENCING DISPARITY <br> FOR CRACK COCAINE. |

COMES NOW Defendant, Charles Hope Smith, who moves this Honorable Court, by requesting an Order of Appointment of Counsel to represent him in the above captioned matter, pursuant to U.S.C. §1915(e)(1). In support of this motion, Defendant states:

1. Plaintiff is unable to afford counsel, and was previously represented by the Public Defender in this matter.

2. Defendant contends that contrary to his lack of ability to afford an attorney, Defendant's limited knowledge of the law is at issue.

WHEREFORE, the Defendant requests that this Honorable Court allow him the opportunity to have the appropriate representation in this matter, by appointing counsel for said mentioned matter.

Respectfully Submitted,

Charles Hope Smith