CHARLES H SHIN
87090-022
FEDERAL CORRECTIONAL INSTITUTION
3600 GUARD RD
LOMPOC, CA 93436

SANTA BARBARA
CA 931 2 L
07 MAY 2008 PM

Legal
mail

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
300 ALA MOANA BLVD. C-338
HONOLULU, HAWAII 96850-0338

CLERK