# MINUTES

CASE NUMBER:      CR NO. 05-00088HG

CASE NAME:        United States of America Vs. Charles Hope Smith

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Helen Gillmor          REPORTER:

DATE:    08/08/2008             TIME:

---

COURT ACTION:     "MINUTE ORDER"

Status Conference set for September 5, 2008 @2:30 p.m. Both Parties shall present their position with respect to the Crack Cocaine Retroactivity Issue under 18 U.S.C. §3582(c)(2) at the Status Conference.

Submitted by Leslie L. Sai, Courtroom Manager