PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

ALEXANDER SILVERT
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269

Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:     alexander_silvert@fd.org

Attorney for Defendant
CHARLES HOPE SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00088 HG |
| | ) |
| Plaintiff, | ) NOTICE THAT NO MOTION TO |
| | ) REDUCE SENTENCE PURSUANT |
| vs. | ) TO 18 U.S.C. § 3582(c) WILL BE |
| | ) FILED; DECLARATION OF |
| CHARLES HOPE SMITH, | ) COUNSEL; CERTIFICATE OF |
| | ) SERVICE |
| Defendant. | ) |
| | ) |

**NOTICE THAT NO MOTION TO REDUCE
SENTENCE PURSUANT TO 18 U.S.C. 3582(c) WILL BE FILED**

Defendant, Charles Hope Smith, by and through undersigned counsel,

Alexander Silvert, First Assistant Federal Defender, informs the Court that after

review of his case, Mr. Smith will not be filing a motion to have his sentence

reduced pursuant to 18 U.S.C. § 3582(c) as a result of the new Sentencing Guideline crack cocaine amendment.

On May 12, 2008, Mr. Smith filed a motion requesting the appointment of counsel to assist him in determining whether he was eligible for a sentencing reduction due to the crack cocaine Sentencing Guideline amendment. The Court appointed the Office of the Federal Defender as counsel. Mr. Smith did not file an actual motion requesting that his sentence be lowered.

After reviewing Mr. Smith's original sentence, and the possible application of the crack cocaine amendment to his particular case, Mr. Smith acknowledges that the amendment has no effect upon his sentence.

Mr. Smith had a Sentencing Guideline range of 262-327 (34/VI). This high guideline range was a result of Mr. Smith having been designated as a "career offender" under the Sentencing Guidelines. In addition, Mr. Smith also had a statutory mandatory minimum of 240 months (20 years). At Mr. Smith's sentencing hearing held on August 18, 2005, the Court departed down from the Sentencing Guideline range to the mandatory minimum of 240 months. Because Mr. Smith was not eligible for the safety-valve reduction, and because he did not provide substantial assistance to the government, by statute, the Court could not sentence Mr. Smith below 240 months.

Although the Sentencing Commission has now amended the Sentencing Guideline's offense level for those convicted of crack cocaine, that amendment does not effect any sentence imposed pursuant to a statutory mandatory minimum. Since the Court has already imposed the absolute lowest sentence it could pursuant to the applicable mandatory minimum in Mr. Smith's case, the new Sentencing Guideline crack cocaine amendment has no effect on Mr. Smith's original sentence and cannot serve to reduce his sentence any further.

Counsel has explained the situation to Mr. Smith, both in writing and orally by phone, and Mr. Smith has agreed that no motion should be filed on his behalf at this time. Should Congress, of course, pass a new law changing the application of mandatory minimums, Mr. Smith reserves the right to request a sentencing reduction at such time.

DATED: Honolulu, Hawaii, August 14, 2008.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
CHARLES HOPE SMITH

# CERTIFICATE OF SERVICE

ALEXANDER SILVERT, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address:

MICHAEL K. KAWAHARA (Served Electronically through CM/ECF)
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

ROSANNE T. DONOHOE  (hand delivered)
U.S. Probation Officer
300 Ala Moana Boulevard, Room C-110
PJKK Federal Building
Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii, August 14, 2008.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
CHARLES HOPE SMITH