IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 05-00088 HG |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| CHARLES HOPE SMITH, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF COUNSEL

I, ALEXANDER SILVERT, hereby declare as follows:

1.   That I am counsel for defendant, Charles Hope Smith, having been appointed pursuant to the Criminal Justice Act.

2.   That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED:  Honolulu, Hawaii, August 14, 2008.

/s/ Alexander Silvert
ALEXANDER SILVERT
Attorney for Defendant
CHARLES HOPE SMITH